| | |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>DANIEL PASTOR (CABN 297948)<br>Assistant United States Attorney<br><br>    450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495<br>    Telephone: (415) 436-7200<br>    FAX: (415) 436-7234<br>    daniel.pastor@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>Aug 12 2024<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN EDWARD MAY,<br><br>    Defendant. | CASE NO. 3:24-mj-71204 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about August 12, 2024, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon a:

    X    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Superseding Supervised Release Violation Petition

pending in the Southern District of Texas, Case Number 7:24-cr-00925-1.

In that case (copy of Indictment attached), the defendant is charged with: Enticement of a Minor in violation of 18 U.S.C. § 2422(b).

1  The maximum penalties are as follows: Life imprisonment with a minimum of ten years in prison; a $250,000 fine; lifetime supervised release with a minimum of 5 years of supervised release, and a $100 special assessment.

Respectfully Submitted,

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

Date: 08/12/2024

*/s/ Daniel Pastor*
DANIEL PASTOR
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. |
| | § | |
| BRIAN EDWARD MAY | § | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 19, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### BRIAN EDWARD MAY

did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce or attempt to persuade, induce, entice and coerce an individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which said defendant could be charged with a criminal offense, that is, Aggravated Sexual Assault in violation of Texas Penal Code Section 22.021.

In violation of Title 18, United States Code, Section 2422(b).

### NOTICE OF FORFEITURE
### 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2428(a) and (b), the United States gives notice to defendant,

### BRIAN EDWARD MAY

that in the event of conviction for the offense charge in the Sealed Indictment, the following is subject to forfeiture:

(1) all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense charged in the sealed indictment; and

(2) all property, real or personal, used or intended to be used to commit or to promote the commission of the offense charged in the sealed indictment, or any property traceable to such property, including, but not limited to, the following:

One (1) Blue Samsung Galaxy S20, IMEI: 3598236117233116

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY